151 F.3d 1024
 John A. Cuoco
v.
J. Michael Quinlan, George C. Wilkinson, Michael B. Cooksey,
Thomas R. Gniezik, Associate Warden, Roberta M. Truman,
Attorney-Advisor, Clemmon Cooper, Discipline Hearing
Officer, James D. Hopkins, Captain, T. Cary Vogt, Unit
Manager (Unit D), Lisa L. Vogt, Unit Manager (Unit C),
Gerald Byrnes, Lieutenant, James Sawyer, Lieutenant, H.
Fauntleroy, Lieutenant, Tom Nesbitt, Lieutenant, Patricia A.
Reps, Lieutenant, Donald Reich, Lieutanent, T. Raines,
 NO. 96-5016
 United States Court of Appeals,
Third Circuit.
 April 14, 1998
 Appeal From: D.N.J. ,No.94cv03727
 
 1
 Affirmed.